Kathryn Tassinari, OSB# 80115  
Brent Wells  
HARDER, WELLS, BARON & MANNING, P.C.  
474 Willamette Street  
Eugene, OR 97401  
(541) 686-1969  
kathrynt50@comcast.net  
Of Attorneys for the Plaintiff

FILED'08 OCT 03 13:07 USDC-ORE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BLAINEY O. COLETON,            )<br>                              )<br>        Plaintiff,            )<br>    vs.                       )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner, Social Security )<br>Administration,               )<br>                              )<br>        Defendant.            )<br>_____) | Civil No. 07-6126-AA<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES AND LEGAL ASSISTANT FEES<br>PURSUANT TO EAJA |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees in the amount of $4,792.94 and legal assistant fees in the amount of $2,,207.06, submitted by the parties herein, plaintiff's Motion for payment of fees is hereby granted as full settlement of any and all claims for attorney and legal assistant fees under EAJA.

Attorney and legal assistant fees in the sum of $7,000.00 are awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this __3__ day of __October__, 2008.

_____  
U.S. District Judge

PRESENTED BY:

By: __s/ Kathryn Tassinari__  
    Kathryn Tassinari, OSB #80115  
    Harder, Wells, Baron & Manning, P.C.  
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES PURSUANT TO EAJA